**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FILMKRAFT PRODUCTIONS INDIA PVT., LTD.) ) <br> Plaintiff, ) ) <br> vs. ) ) <br> SPEKTRUM ENTERTAINMENT, INC., *et al.*, ) ) <br> Defendants. ) ) | Case No.  2:08-cv-01293-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on R. Duane Frizell, Esq. and the law firm of Callister & Frizell's Motion to Withdraw as Counsel of Record for Defendants (Dkt. #112), filed March 31, 2010, and a letter from Defendant Bina Shah (Dkt. #127), filed April 13, 2010.

Mr. Frizell and the law firm of Callister & Frizell request leave to withdraw from representation of Defendants due to a "total and complete" breakdown in communication with the clients and based on their belief that the rules of ethics mandate withdrawal at this time. In response, Defendant Bina Shah filed a letter with the Court detailing several instances of miscommunication and dispute between defense counsel and Defendants. However, Ms. Shah requests that the Court deny defense counsel's motion to withdraw until Defendants are able to retain new counsel. The Court finds that the movant has substantially established good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that R. Duane Frizell, Esq. and the law firm of Callister & Frizell's Motion to Withdraw as Counsel of Record (Dkt. #112) is **granted**.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendants shall have until **May 5, 2010**, to advise the Court if they will retain new counsel.  While Defendants Raj Shah and Bina Shah may choose to retain new counsel or proceed *in proper* person, Defendant Spektrum Entertainment, Inc. must retain new counsel.  A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Defendants Raj Shah and Bina Shah to the civil docket:

   **Raj Shah**
   **401 Seaspray Janki Kutir Juhu Church Road Juhu**
   **Mumbai, MH, India 400049**;

   **Bina Shah**
   **401 Seaspray Janki Kutir Juhu Church Road Juhu**
   **Mumbai, MH, India 400049**;

2. add the last known address of Defendant Spektrum Entertainment, Inc. to the civil docket:

   **Spektrum Entertainment, Inc.**
   **c/o Raj and Bina Shah**
   **401 Seaspray Janki Kutir Juhu Church Road Juhu**
   **Mumbai, MH, India 400049**;

3. serve Defendants with a copy of this order at their last known addresses listed above.

DATED this 15th day of April, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**