# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FILMKRAFT PRODUCTIONS INDIA PVT., LTD.)<br>)<br>Plaintiff,          )<br>)<br>vs.                           )<br>)<br>SPEKTRUM ENTERTAINMENT, INC., *et al.*, )<br>)<br>Defendants.       )<br>_____) | Case No.  2:08-cv-01293-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Bina Shah's Motion for an Extension of Time to Retain Counsel (#134), filed May 5, 2010.  To date, no opposition has been filed and the time for opposition has now passed.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bina Shah's Motion for an Extension of Time to Retain Counsel (#134) is **granted**.  Defendants shall have until **June 2, 2010** to retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve Defendants with a copy of this order at their last known addresses listed above.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion for Order to Show Cause Why Defendants Should Not be Held in Contempt for Violations of this Court's Discovery Orders and the Federal Rules of Civil Procedure (#100) set for May 28, 2010 at 9:30 a.m. is **rescheduled** to **Wednesday, June 23, 2010 at 9:30 a.m.** in Courtroom 3A before Magistrate Judge George Foley Jr.  Defendants will have up to and until **June 11** to respond to

. . .

. . .

. . .

Plaintiff's motion for an order to show cause (#100).  Plaintiff will have until **June 18** to reply to any opposition filed by Defendants.

DATED this 14th day of May, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**