Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Donald L. Prunty (Bar No. 8230)
pruntyd@gtlaw.com
Ronald D. Green Jr. (Bar No. 7360)
greenro@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FilmKraft Productions India PVT Ltd.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Spektrum Entertainment, Inc., Raj Shah, and Bina Shah,<br><br>　　　　Defendants. | Case No. 2:08-cv-01293-JCM-GWF<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR THEIR VIOLATIONS OF THE PRELIMINARY INJUNCTION** |

On May 20, 2010, Plaintiff filed its Emergency Motion of Plaintiff FilmKraft Productions India PVT Ltd.'s ("Plaintiff") for Order to Show Cause Why Defendants Spektrum Entertainment, Inc., Raj Shah, and Bina Shah ("Defendants") Should Not Be Held in Contempt for Their Violations of the Preliminary Injunction (the "Motion") [Docket # 137]. Plaintiff supplemented the Motion on June 4 and June 7, 2010 [Docket # 143, 144]. This Court heard arguments from Plaintiff and granted that Motion on June 7, 2010, issuing an Order to Show Cause [Docket # 154]. Defendants Raj Shah and Bina Shah responded to the Order to Show Cause on June 24, 2010 [Docket # 159]. Defendant Spektrum Entertainment, Inc. filed no response to the Order to Show Cause. The Order to Show Cause came before the Court for hearing on June 28, 2010. Donald L. Prunty and Joseph Gutierrez appeared on behalf of Plaintiff with no one appearing on behalf of Defendants. The Court

1 having considered the papers, the evidence, the arguments made by counsel at the hearing, and the
2 applicable law:

3     **IT IS HEREBY ORDERED** that Defendants are in violation of this Court's preliminary
4 injunction order dated April 13, 2010 [Docket # 126] and that, due to those violations, they are in
5 contempt of Court;

6     **IT IS FURTHER ORDERED** that the answering briefs for Defendants in this case are
7 hereby stricken and Defendants' counterclaims are hereby dismissed as a sanction for their continual
8 and continuing violations of this Court's preliminary injunction order;

9     **IT IS FURTHER ORDERED** that default judgment is entered against Defendants as a
10 sanction for their continual and continuing violations of this Court's preliminary injunction order;

11     **IT IS FURTHER ORDERED** that the preliminary injunction entered by this Court is
12 hereby converted to a permanent injunction; and

13     **IT IS FURTHER ORDERED** that Defendants shall pay Plaintiff's reasonable attorneys'
14 fees and costs incurred in connection with the filing of the instant action, enforcing the orders of this
15 Court.

16 Dated ____9th____ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

20 Submitted by:

21 GREENBERG TRAURIG, LLP

22 _____
23 Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
Ronald D. Green Jr. (Bar No. 7360)
24 3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, NV 89169

26 Counsel for Plaintiff
FilmKraft Productions India PVT Ltd.

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, I served the foregoing **ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR THEIR VIOLATIONS OF THIS COURT'S ORDERS AND THE FEDERAL RULES OF CIVIL PROCEDURE** on:

Spektrum Entertainment, Inc.,
Raj Shah and Bina Shah
401 Seaspray Janki Kutir Juhu Church Road Juhu
Mumbai, MH 400049
India
<reeleye@gmail.com>
<spektrumproductions@gmail.com>
<happyhoursproductions@gmail.com>
<rainbowentertainment@gmail.com>

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒ by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known address of Plaintiffs, and deposited with the United States Postal Service at Las Vegas, Nevada.

☐ by hand delivery.

☐ by sending via overnight courier in a sealed envelope.

☐ by faxing to the attorney at the last-known fax number.

☒ by electronic mail to the last known e-mail address.

_____
An employee of Greenburg Traurig, LLP

419,127,134v1 LV 7-2-10