**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FILMKRAFT PRODUCTIONS INDIA PVT., LTD. )
                Plaintiff, )    Case No. 2:08-cv-01293-JCM-GWF
vs. )    **ORDER**
SPEKTRUM ENTERTAINMENT, INC., *et al.*, )    Motion for an Order to Show Cause (#100)
                Defendants. )

In light of the District Judge's July 9, 2010 Order (#163) entering default judgment against Defendants and striking their answers and counterclaims, it appears that Plaintiff's Motion for an Order to Show Cause why Defendants Should not be Held in Contempt for Violations of this Court's Discovery Orders and the Federal Rules of Civil Procedure (#100) is now moot. Accordingly,

**IT IS HEREBY ORDERED** that on or before July 22, 2010, Plaintiff is required to show cause why the present motion should not be denied as moot.

DATED this 12th day of July, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**