# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FILMKRAFT PRODUCTIONS INDIA PVT., LTD.)
)
    Plaintiff, )    Case No.  2:08-cv-01293-JCM-GWF
)
vs. )    **ORDER**
)
SPEKTRUM ENTERTAINMENT, INC., *et al.*, )    Motion to Appear *Pro Se* (#157)
)
    Defendants. )

    This matter is before the Court on Defendants Bina and Raj Shah's Motion for Leave to Appear *Pro Se* on Behalf of Spektrum Entertainment (#157), filed June 22, 2010.  In light of the District Judge's July 9, 2010 Order (#163) entering default judgment against Defendants and striking their answers and counterclaims, the Court finds the present motion is now moot.  Accordingly,

    **IT IS HEREBY ORDERED** that Defendants Bina and Raj Shah's Motion for Leave to Appear *Pro Se* on Behalf of Spektrum Entertainment (#157) is **denied** as moot.

    DATED this 12th day of July, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**