UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FILMKRAFT PRODUCTIONS INDIA PVT., LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SPEKTRUM ENTERTAINMENT, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:08-cv-01293-JCM-GWF <br><br> **ORDER** <br><br> Motion to Withdraw (#167) |

This matter is before the Court on Plaintiffs' Motion to Withdraw Its Motion for an Order to Show Cause (#100) Why Defendants Should Not Be Held in Contempt for Violations of this Court's Discovery Orders and the Federal Rules of Civil Procedure (#167), filed July 22, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Withdraw Its Motion for an Order to Show Cause (#167) is **granted**.  The Motion for an Order to Show Cause (#100) is **withdrawn**.

DATED this 26th day of July, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**