UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FILMKRAFT PRODUCTIONS INDIA PVT LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPEKTRUM ENTERTAINMENT, INC., et al., <br><br> Defendants. | 2:08-CV-1293 JCM (GWF) |

### ORDER

Presently before the court is plaintiff FilmKraft Productions India PVT Ltd.'s motion for default judgment. (Doc. #172). The defendants responded (doc. #173), and the plaintiff replied (doc. #174).

On July 9, 2010, this court granted plaintiff's emergency motion for an order to show cause why defendants should not be held in contempt for their violations of the preliminary injunction. (Doc. #163). Pursuant to that order, this court sanctioned defendants for their continued violations of the preliminary injunction by: (1) ordering defendants' counterclaims and answering briefs be stricken; (2) entering default judgment against defendants; and (3) ordering that defendants pay plaintiff's reasonable attorneys' fees and costs. (*Id.*). The clerk of the court then entered default against defendants Bina Shah, Raj Shah, and Spektrum Entertainment, Inc. (Doc. #164).

Whereas, pursuant to this court's July 9, 2010, order (doc. #163), default judgment has already been entered against defendants, and plaintiff has already been awarded reasonable attorney's

**James C. Mahan**
**U.S. District Judge**

1  fees and costs,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's application for
3  entry of default judgment (doc. #172) is DENIED as moot.

4  IT IS FURTHER ORDERED that the plaintiff shall prepare and submit an appropriate final
5  judgment for the court's review and signature.

6  DATED this 1st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -